BRODSKY MICKLOW BULL & WEISS LLP
Edward M. Bull III, State Bar No. 141996
Amy Jo Bull, State Bar No. 135939
384 Embarcadero West, Suite 200
Oakland, CA 94607
Tel: (510) 268-6180
Fax: (510) 268-6181

Attorneys for Defendant
UNICOLD CORPORATION

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Mitchell Griffin, State Bar No. 114881
190 The Embarcadero
San Francisco, CA 94105
Tel: (415) 438-4600
Fax: (415) 438-4601

Attorneys for Plaintiff
THE NORTHERN ASSURANCE
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NORTHERN ASSURANCE COMPANY OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNICOLD CORPORATIOIN,<br><br>　　　　　Defendant.<br>_____ | CASE NO. CV 093807 MHP<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER RE THIRD-PARTY COMPLAINT AND MEDIATION COMPLETION DATE** |

Defendant UNICOLD CORPORATIOIN (hereinafter "Defendant"), and Plaintiff THE NORTHERN ASSURANCE COMPANY OF AMERICA ("Plaintiff"), hereby

| | |
|---|---|
| 1 | stipulate, agree and request that the Court order: (1) that Defendant shall be entitled to file |
| 2 | a third-party complaint against ocean carrier Horizon Lines and (2) that the mediation |
| 3 | deadline shall be continued from February 26, 2010, to April 30, 2010. |
| 4 |     WHEREAS in its Minute Order of November 30, 2009 the Court ordered that |
| 5 | mediation should be completed within 90 days (by February 28, 2010) and that a further |
| 6 | Case Management Conference would be held on March 29, 2010 at 3:00 p.m.; and |
| 7 |     WHEREAS Defendant answered on December 16, 2009; and |
| 8 |     WHEREAS Plaintiff is alleging, *inter alia*, that Defendant breached a contract of |
| 9 | carriage based on a bill of lading it issued as a non-vessel operating common carrier |
| 10 | (nvocc) (to transport a container of frozen food from Oakland to Honolulu); and |
| 11 |     WHEREAS Defendant arranged to have the cargo in question carried by ocean |
| 12 | carrier Horizon Lines LLC, and alleges that Horizon's breach of its contract of carriage |
| 13 | with Plaintiff in fact caused the damage, if any, to the cargo in question; and |
| 14 |     WHEREAS Defendant believes that good cause exists to file an admiralty Rule |
| 15 | 14(c) third-party complaint to add Horizon Lines as a third-party defendant herein; and |
| 16 |     WHEREAS Defendant does not think it would be practical or productive to |
| 17 | attempt to resolve this matter through mediation until such time as Horizon Lines has |
| 18 | been added and has appeared herein: |
| 19 |     IT IS HEREBY STIPULATED AND AGREED, and the parties |
| 20 |     HEREBY REQUEST THAT THE COURT ORDER that: |
| 21 | (1)    Defendant Unicold shall have fourteen (14) days to file a third-party |
| 22 |         complaint against ocean carrier Horizon Lines; |
| 23 | (2)    the mediation deadline shall be continued from February 26, 2010, to April |
| 24 |         30, 2010; and |
| 25 | (3)    that the Case Management Conference be continued to a date thereafter as |
| 26 |         the Court so directs. |
| 27 | |
| 28 | **STIPULATION AND PROPOSED ORDER**    CASE NO. CV 093807 MHP<br>**RE THIRD-PARTY COMPLAINT AND**<br>**MEDIATION COMPLETION DATE** |

| | | |
|---|---|---|
| DATED: February 23, 2010 | | BRODSKY MICKLOW BULL & WEISS LLP |

By:   /S/ Edward M. Bull III
      Edward M. Bull, III
      Amy Jo Bull

Attorneys for Defendant
UNICOLD CORPORATION

DATED: February 23, 2010        COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

By:   /S/ Mitchell Griffin
      Mitchell Griffin

Attorneys for Plaintiff
THE NORTHERN ASSURANCE
COMPANY OF AMERICA

## CERTIFICATE OF SIGNATURE

I attest that the content of this document is acceptable to Mitchell Griffin, and that he authorized me to sign the document on his behalf.

                                        /s/ Edward M. Bull III

## ORDER

Good cause appearing to support the request of the parties, IT IS HEREBY ORDERED THAT:

(1)     Defendant Unicold shall have fourteen (14) days to file a third-party complaint against ocean carrier Horizon Lines LLC;

(2)     the mediation deadline is continued from February 26, 2010, to April 30, 2010; and

**STIPULATION AND PROPOSED ORDER RE THIRD-PARTY COMPLAINT AND MEDIATION COMPLETION DATE**        CASE NO. CV 093807 MHP

(3) the Case Management Conference currently set for March 29, 2010 at 3:00 p.m. is hereby continued to: June 7, 2010 at 3:00 p.m._____.

DATED: _2/26/2010_____          _____
                                    The Honorable Marilyn Hall Patel

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

**STIPULATION AND PROPOSED ORDER**  
**RE THIRD-PARTY COMPLAINT AND**  
**MEDIATION COMPLETION DATE**

CASE NO. CV 093807 MHP

- 4 -