| | |
|---|---|
| 1 | BRODSKY  MICKLOW BULL & WEISS LLP |
| | Edward M. Bull III, State Bar No. 141996 |
| 2 | Amy Jo Bull, State Bar No. 135939 |
| | 384 Embarcadero West, Suite 200 |
| 3 | Oakland, CA 94607 |
| | Tel:  (510) 268-6180 |
| 4 | Fax:  (510) 268-6181 |
| 5 | Attorneys for Defendant |
| | UNICOLD CORPORATION |
| 6 | |
| 7 | COX, WOOTTON, GRIFFIN, |
| | HANSEN & POULOS, LLP |
| 8 | Mitchell Griffin, State Bar No. 114881 |
| | 190 The Embarcadero |
| 9 | San Francisco, CA 94105 |
| | Tel: (415) 438-4600 |
| 10 | Fax: (415) 438-4601 |
| 11 | Attorneys for Plaintiff |
| | THE NORTHERN ASSURANCE |
| 12 | COMPANY OF AMERICA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE NORTHERN ASSURANCE COMPANY OF AMERICA, | ) ) ) | CASE NO. CV 093807 MHP |
| Plaintiff, | ) ) | **STIPULATION AND <s>PROPOSED</s> ORDER RE THIRD-PARTY COMPLAINT AND MEDIATION COMPLETION DATE** |
| vs. | ) ) | |
| UNICOLD CORPORATIOIN, | ) ) | |
| Defendant. | ) ) ) | |
| _____ | ) | |

Defendant UNICOLD CORPORATIOIN (hereinafter "Defendant"), and Plaintiff THE NORTHERN ASSURANCE COMPANY OF AMERICA ("Plaintiff"), hereby

---

**STIPULATION AND PROPOSED ORDER
RE THIRD-PARTY COMPLAINT AND
MEDIATION COMPLETION DATE**                                                    CASE NO. CV 093807 MHP

-1-

1  stipulate, agree and request that the Court order: (1) that Defendant shall be entitled to file
2  a third-party complaint against ocean carrier Horizon Lines and (2) that the mediation
3  deadline shall be continued from February 26, 2010, to April 30, 2010.
4      WHEREAS in its Minute Order of November 30, 2009 the Court ordered that
5  mediation should be completed within 90 days (by February 28, 2010) and that a further
6  Case Management Conference would be held on March 29, 2010 at 3:00 p.m.; and
7      WHEREAS Defendant answered on December 16, 2009; and
8      WHEREAS Plaintiff is alleging, *inter alia*, that Defendant breached a contract of
9  carriage based on a bill of lading it issued as a non-vessel operating common carrier
10 (nvocc) (to transport a container of frozen food from Oakland to Honolulu); and
11     WHEREAS Defendant arranged to have the cargo in question carried by ocean
12 carrier Horizon Lines LLC, and alleges that Horizon's breach of its contract of carriage
13 with Plaintiff in fact caused the damage, if any, to the cargo in question; and
14     WHEREAS Defendant believes that good cause exists to file an admiralty Rule
15 14(c) third-party complaint to add Horizon Lines as a third-party defendant herein; and
16     WHEREAS Defendant does not think it would be practical or productive to
17 attempt to resolve this matter through mediation until such time as Horizon Lines has
18 been added and has appeared herein:
19     IT IS HEREBY STIPULATED AND AGREED, and the parties
20     HEREBY REQUEST THAT THE COURT ORDER that:
21     (1)    Defendant Unicold shall have fourteen (14) days to file a third-party
22            complaint against ocean carrier Horizon Lines;
23     (2)    the mediation deadline shall be continued from February 26, 2010, to April
24            30, 2010; and
25     (3)    that the Case Management Conference be continued to a date thereafter as
26            the Court so directs.
27
28 **STIPULATION AND PROPOSED ORDER**           CASE NO. CV 093807 MHP
   **RE THIRD-PARTY COMPLAINT AND**
   **MEDIATION COMPLETION DATE**

| | | |
|---|---|---|
| 1 | DATED: February 23, 2010 | BRODSKY  MICKLOW BULL & WEISS LLP |
| 2 | | |
| 3 | | By:  /S/ Edward M. Bull III<br>Edward M. Bull, III<br>Amy Jo Bull |
| 4 | | |
| 5 | | Attorneys for Defendant<br>UNICOLD CORPORATION |
| 6 | | |
| 7 | DATED: February 23, 2010 | COX, WOOTTON, GRIFFIN,<br>HANSEN & POULOS, LLP |
| 8 | | |
| 9 | | By:  /S/ Mitchell Griffin<br>Mitchell Griffin |
| 10 | | |
| 11 | | Attorneys for Plaintiff<br>THE NORTHERN ASSURANCE<br>COMPANY OF AMERICA |

## CERTIFICATE OF SIGNATURE

I attest that the content of this document is acceptable to Mitchell Griffin, and that he authorized me to sign the document on his behalf.

/s/ Edward M. Bull III

## ORDER

Good cause appearing to support the request of the parties, IT IS HEREBY ORDERED THAT:

(1)  Defendant Unicold shall have fourteen (14) days to file a third-party complaint against ocean carrier Horizon Lines LLC;

(2)   the mediation deadline is continued from February 26, 2010, to April 30, 2010; and

**STIPULATION AND PROPOSED ORDER**  
**RE THIRD-PARTY COMPLAINT AND**  
**MEDIATION COMPLETION DATE**                                                                                   CASE NO. CV 093807 MHP

1     (3)    the Case Management Conference currently set for March 29, 2010 at 3:00
2            p.m. is hereby continued to: June 7, 2010 at 3:00 p.m.                .

4 DATED: _2/26/2010_____         _____
5                                             The Honorable Marilyn Hall Patel

*IT IS SO ORDERED* — Judge Marilyn H. Patel (United States District Court, Northern District of California seal)

28 **STIPULATION AND PROPOSED ORDER**        CASE NO. CV 093807 MHP
**RE THIRD-PARTY COMPLAINT AND
MEDIATION COMPLETION DATE**

- 4 -