1 | EMARD, DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
49 Stevenson Street, Suite 400
San Francisco, California 94105
T: (415) 227-9455
F: (415) 227-4255

Attorneys for Defendants

UNITES STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NORTHERN ASSURANCE COMPANY OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNICOLD CORPORATION<br><br>        Defendant.<br><br>UNICOLD CORPORATION,<br><br>        Third-Party Plaintiff,<br><br>    vs.<br><br>HORIZON LINE LLC<br><br>        Third-Party Defendant. | CASE NO.:  CV 093807 MHP<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER EXTENDING TIME FOR HORIZON LINE TO RESPOND TO THE THIRD-PARTY COMPLAINT, AND POSTPONING THE DATE TO COMPLETE MEDIATION** |

    WHEREAS Horizon Line has been served with the Third-Party Complaint and its response is currently due on April 16, 2010,

    WHEREAS Horizon Line believes that any claim against it is time barred,

    WHEREAS Horizon Line and Unicold Corporation agree that it would be beneficial to attempt to resolve the time bar issue before proceeding with the

- 1 -

STIPULATON AND PROPOSED ORDEREXTENDING TIME
 CASE NO.:  CV 093807 MHP
G:\50060.025-HORIZON LINES\PLEADINGS-STIPULATION & PROPOSED ORDER

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

mediation,

WHEREAS the parties hope to resolve that issue upon an informal exchange of information and documents prior to filing a response to the Third-Party Complaint,

AND WHEREAS these parties believe that resolving the time bar issue would be the most expeditious way to adhere to the schedule previously set forth by this Court,

IT IS HEREBY STIPULATED and agreed that Horizon Line will have until April 30, 2010 to respond to the Third-Party Complaint and that the date by which to complete mediation shall be extended to May 28, 2010.

DATED: April 15, 2010          EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

             By  /S/ James J. Tamulski
               James J. Tamulski

            Attorney for Third-Party Defendant
            HORIZON LINES, LLC

DATED: April 15, 2010          BRODSKY MICKLOW BULL & WEISS LLP

             By  /S/ Edward M. Bull III
               Edward M. Bull III

            Attorney for Third-Party Plaintiff
            UNICOLD CORPORATION

EMARD DANOFF PORT
TAMULSKI & PAETZOLD
LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

STIPULATON AND PROPOSED ORDEREXTENDING TIME
CASE NO.: CV 093807 MHP
G:\50060.025-HORIZON LINES\PLEADINGS-STIPULATION & PROPOSED ORDER

DATED: April 15, 2010        COX, WOOTTON, GRIFFIN,
                             HANSEN & POULOS, LLP


                             By   /S/  Mitchell Griffin
                             Mitchell Griffin

                             Attorneys for Plaintiff
                             THE NORTHERN ASSURANCE COMPANY OF AMERICA

## CERTIFICATE OF SIGNATURE

I, Edward M. Bull III, attest that the content of this document is acceptable to James J. Tamulski and Mitchell Griffin, and that they authorized me to sign the document on his behalf.

                             By   /S/ Edward M. Bull III
                                  Edward M. Bull III

## ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. Third-Party Defendant Horizon Lines LLC will have until April 30, 2010 to respond to the complaint;

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 3 -

STIPULATON AND PROPOSED ORDEREXTENDING TIME
CASE NO.:  CV 093807 MHP
G:\50060.025-HORIZON LINES\PLEADINGS-STIPULATION & PROPOSED ORDER

2.   By April 30, 2010, Horizon Lines and Unicold Corporation will exchanged all available documentation and information in an attempt to resolve the issue of whether the claim against Horizon Lines is time barred; and

3.   The date to complete mediation in this matter has been extended to May 28, 2010.

DATED: April  16 , 2010       By_____
                              The Honorable Marilyn H. Patel



IT IS SO ORDERED
Judge Marilyn H. Patel

- 4 -

STIPULATON AND PROPOSED ORDER EXTENDING TIME  
CASE NO.: CV 093807 MHP  
G:\50060.025-HORIZON LINES\PLEADINGS-STIPULATION & PROPOSED ORDER

EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP  
49 Stevenson Street  
Suite 400  
San Francisco, CA 94105