1  EMARD, DANOFF PORT TAMULSKI & PAETZOLD LLP
   James J. Tamulski (SBN 64880)
2  49 Stevenson Street, Suite 400
   San Francisco, California 94105
3  415.227.9455/FAX 227.4255
   Attorneys for Third Party Defendant
4  HORIZON LINES LLC

5

6

7            UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9

10 | THE NORTHERN ASSURANCE COMPANY OF AMERICA, | CASE NO.: CV 093807 MHP
11 |                                            | STIPULATION AND ~~PROPOSED~~ ORDER POSTPONING THE MEDIATION COMPLETION DATE
   |                Plaintiff,                  |
12 |                                            |
   |     vs.                                    |
13 |                                            |
   | UNICOLD CORPORATION                        |
14 |                                            |
   |                Defendant.                  |
15 |                                            |
   | UNICOLD CORPORATION,                       |
16 |                                            |
   |           Third-Party Plaintiff,           |
17 |                                            |
   |     vs.                                    |
18 |                                            |
   | HORIZON LINES LLC                          |
19 |                                            |
   |           Third-Party Defendant.           |
20

21

22       WHEREAS Horizon Lines believes that any claim against it is time barred and plans to
23 file a motion for summary judgment on these grounds,
24       WHEREAS the earliest hearing date for Horizon Lines' motion for summary judgment is
25 July 19, 2010,
26       AND WHEREAS the parties agree that the time bar issue should be resolved before
27 proceeding with the mediation,
28

- 1 -

STIPULATION AND PROPOSED ORDER RE MEDIATION COMPLETION DATE
USDC Case No CV 093807 MHP

1  IT IS HEREBY STIPULATED and agreed, that the date by which to complete mediation
2  shall be extended from May 28, 2010 to August 20, 2010.

3

4  DATED: May 21, 2010         EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

5                              By_____/s/ James J. Tamulski_____
6                                      James J. Tamulski
                                Attorney for Third-Party Defendant
7                               HORIZON LINES, LLC

8
   DATED: May 21, 2010         By_____/s/ Edward M. Bull III_____
9                                      Edward M. Bull III
10                              Attorney for Third-Party Plaintiff
                                UNICOLD CORPORATION
11

12 DATED: May 21, 2010         By_____/s/ Mitchell Griffin_____
13                                     Mitchell Griffin
                                Attorneys for Plaintiff
14                              THE NORTHERN ASSURANCE COMPANY OF
                                AMERICA
15

16                              **CERTIFICATE OF SIGNATURE**

17     I, James J. Tamulski, attest that the content of this document is acceptable to Edward M.
18 Bull, III and Mitchell Griffin, and that they authorized me to sign the document on their behalf.

19                              By_____/s/ James J. Tamulski_____
20                                      James J. Tamulski

21                                        **ORDER**

22     Good cause appearing therefore, IT IS HEREBY ORDERED THAT the date to complete
23 mediation in this matter has been extended to August 20, 2010.

24

25
   DATED: May 24, 2010         By_____
26                                      The Honorable Judge Marilyn H. Patel

27

28

*IT IS SO ORDERED — Judge Marilyn H. Patel — United States District Court, Northern District of California*

EMARD DANOFF PORT
TAMULSKI & PAETZOLD
LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -
STIPULATION AND PROPOSED ORDER RE MEDIATION COMPLETION DATE
USDC Case No. CV 093807 MHP