| | |
|---|---|
| 1 | EMARD, DANOFF PORT TAMULSKI & PAETZOLD LLP |
| 2 | James J. Tamulski (SBN 64880)<br>Talcott N. Bates (SBN 245374) |
| 3 | 49 Stevenson Street, Suite 400<br>San Francisco, California 94105 |
| 4 | 415.227.9455/FAX 227.4255 |
| 5 | Attorneys for Third Party Defendant<br>HORIZON LINES LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NORTHERN ASSURANCE COMPANY OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNICOLD CORPORATION<br><br>　　　　　Defendant. | CASE NO.: CV 093807 MHP<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER POSTPONING THE MEDIATION COMPLETION DATE** |
| UNICOLD CORPORATION,<br><br>　　　　　Third-Party Plaintiff,<br><br>vs.<br><br>HORIZON LINES LLC<br><br>　　　　　Third-Party Defendant. | |

　　　　WHEREAS Horizon Lines believes that any claim against it is time barred and plans to file a motion for summary judgment on these grounds,

　　　　WHEREAS the parties agree that the time bar issue should be resolved before proceeding with the mediation,

/ / /

/ / /

EMARD DANOFF PORT
TAMULSKI & PAETZOLD
LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 1 -

STIPULATION AND PROPOSED ORDER RE MEDIATION COMPLETION DATE
USDC Case No. CV 093807 MHP

1     IT IS HEREBY STIPULATED and agreed that the date by which to complete mediation shall be extended from August 20, 2010 to October 22, 2010 and that the Case Management Conference will remain set for September 13, 2010.

DATED: July 21, 2010      EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By    /s/ Talcott N. Bates
    Talcott N. Bates
Attorney for Third-Party Defendant
HORIZON LINES, LLC

DATED: July 21, 2010      By    /s/ Edward M. Bull III
    Edward M. Bull III
Attorney for Third-Party Plaintiff
UNICOLD CORPORATION

DATED: July 21, 2010      By    /s/ Mitchell Griffin
    Mitchell Griffin
Attorneys for Plaintiff
THE NORTHERN ASSURANCE COMPANY OF AMERICA

## CERTIFICATE OF SIGNATURE

I, Talcott N. Bates, attest that the content of this document is acceptable to Edward M. Bull, III and Mitchell Griffin, and that they authorized me to sign the document on their behalf.

By    /s/ Talcott N. Bates
    Talcott N. Bates

/ / /

/ / /

/ / /

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

STIPULATION AND PROPOSED ORDER RE MEDIATION COMPLETION DATE
USDC Case No. CV 093807 MHP

**ORDER**

Good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The date to complete mediation in this matter has been extended to October 22, 2010;
2. The Case Management Conference will remain set for September 13, 2010.

DATED: July __22__, 2010                By_____
                                        The Honorable Marilyn H. Patel



EMARD DANOFF PORT
TAMULSKI & PAETZOLD
LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105