1  EMARD, DANOFF PORT TAMULSKI & PAETZOLD LLP
   James J. Tamulski (SBN 64880)
2  Talcott N. Bates (SBN 245374)
   49 Stevenson Street, Suite 400
3  San Francisco, California 94105
   415.227.9455/FAX 227.4255
4  Attorneys for Third Party Defendant
   HORIZON LINES LLC
5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10  THE NORTHERN ASSURANCE              CASE NO.:  CV 093807 MHP
    COMPANY OF AMERICA,
11                                      **STIPULATION AND** ~~PROPOSED~~
                  Plaintiff,            **ORDER POSTPONING THE**
12                                      **MEDIATION COMPLETION DATE**
            vs.
13
    UNICOLD CORPORATION
14
                  Defendant.
15
    UNICOLD CORPORATION,
16
                  Third-Party Plaintiff,
17
            vs.
18
    HORIZON LINES LLC
19
                  Third-Party Defendant.
20

21

22        WHEREAS the current deadline to complete mediation is set for October 22, 2010; and

23        WHEREAS the parties have made significant progress in discovery and have recently

24  confirmed certain facts that are being evaluated by the parties and are likely to increase the

25  chances of an informal resolution of this dispute, but have not completed their evaluations at this

26  time; and

27        WHEREAS the parties and the Court appointed mediator have scheduled a mediation for

28  November 18, 2010;

EMARD DANOFF PORT
TAMULSKI & PAETZOLD
LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

                                        - 1 -

1    IT IS HEREBY STIPULATED and agreed that the date by which to complete mediation

2 should be extended from October 22, 2010 to November 19, 2010.

3

4 DATED: October 22, 2010          EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

5                                             /s/ Talcott N. Bates
                                      By_____
6                                          Talcott N. Bates
                                      Attorney for Third-Party Defendant
7                                      HORIZON LINES, LLC

8                                             /s/ Edward M. Bull III
9 DATED: October 22, 2010          By_____
                                           Edward M. Bull III
10                                     Attorney for Third-Party Plaintiff
                                      UNICOLD CORPORATION
11

12                                            /s/ Mitchell Griffin
   DATED: October 22, 2010          By_____
13                                         Mitchell Griffin
                                      Attorneys for Plaintiff
14                                     THE NORTHERN ASSURANCE COMPANY OF
                                      AMERICA
15

16

17                                      **ORDER**

18    Good cause appearing therefore, IT IS HEREBY ORDERED THAT:

19
   1.  The date to complete mediation in this matter has been extended to November 19.  2010.
20

21

22 DATED: October  _25_ , 2010     By_____
                                       The Honorable Marilyn Hall Patel
23                                     United State District C

24

25

26

27

28

STIPULATION AND PROPOSED ORDER RE MEDIATION COMPLETION DATE
USDC Case No. CV 093807 MHP

EMARD DANOFF PORT
TAMULSKI & PAETZOLD
LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA