| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
|   | **HANSEN & POULOS, LLP** |
| 2 | Mitchell S. Griffin (SBN 114881) |
|   | 190 The Embarcadero |
| 3 | San Francisco, CA 94105 |
|   | Email Address: mgriffin@cwghp.com |
| 4 | Telephone No.: 415-438-4600 |
|   | Facsimile No.: 415-438-4601 |
| 5 | |
| 6 | Attorneys for Plaintiff THE NORTHERN ASSURANCE COMPANY OF AMERICA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE NORTHERN ASSURANCE COMPANY OF AMERICA, | ) | Civil Action No.: CV 09-03807 MHP |
|---|---|---|
| Plaintiff, | ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | ) | |
| UNICOLD CORPORATION, | ) | |
| Defendant. | ) | |
| UNICOLD CORPORATION, | ) | |
| Third-Party Plaintiff, | ) | |
| v. | ) | |
| HORIZON LINES LLC, | ) | |
| Third-Party Defendant. | ) | |

IT IS HEREBY STIPULATED by and between all parties to this action, through their designated counsel of record, that the above-captioned action, and all claims, including all cross-complaints and third-party complaints asserted herein, be and hereby is fully and finally dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii), all parties to

bear their own costs and attorneys fees.

DATED: December 9, 2010

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiff THE NORTHERN
ASSURANCE COMPANY OF AMERICA

By _____/S/_____
Mitchell Griffin

DATED: December 9, 2010

BRODSKY, MICKLOW, BULL & WEISS LLP

By _____/S/_____
Edward M. Bull III
Attorney for Defendant and Third-Party Plaintiff
UNICOLD CORPORATION

DATED: December 9, 2010

EMARD DANOFF PORT TAMULSKI &
PAETZOLD LLP

By _____/S/_____
James J. Tamulski
Attorney for Third-Party Defendant
HORIZON LINES, LLC

1/3/2011

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

STIPULATION OF DISMISSAL WITH PREJUDICE         -2-                            Case No: CV 093807 MHP